IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUARTUS LEE HINTON,

    Petitioner,               No. 2:12-cv-02590 KJN P

    vs.

L. S. McEWEN,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This action was transferred to this court, from the United States District Court for the Northern District of California, on October 17, 2012.

        Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

        The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. <u>See</u> Rule 2(c), Rules Governing § 2254 Cases.

////

Petitioner is hereby notified that, in order for this court to review his petition, he must refile his petition on the proper form. Although petitioner may submit a separate memorandum to support his petition for relief, the court's habeas form must contain all relevant claims, and provide the court with all necessary information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's original petition for writ of habeas corpus (Dkt. No. 1), and amended petition for writ of habeas corpus (Dkt. No. 5), are dismissed with leave to file a Second Amended Petition within thirty days after service of this order.

2. Petitioner's Second Amended Petition may include the information contained in his original and amended petitions, but must be filed on the form employed by this court, and state all claims and prayers for relief. The Second Amended Petition must bear the case number assigned to this action, and the title "Second Amended Petition."

3. The Clerk of the Court is directed to send petitioner a copy of the form used in this district for seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254; the Clerk of Court is further directed to send petitioner one copy each of his original petition (Dkt. No. 1 (13 pp.)), and Amended Petition (Dkt. No. 5 (8 pp.)).

DATED: October 31, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hint2590.115