IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **QUARTUS LEE HINTON,** | 2:12-cv-02590 KJN P |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **L.S. McEWEN, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to file a response to the Second Amended Petition shall be extended fifty-nine (59) days, to and including July 26, 2013. Petitioner may file a traverse within thirty (30) days after service of the response.

In addition (or in lieu of the deadlines set forth herein), respondent shall notify the court within fourteen (14) days after the filing date of this order whether petitioner remains incarcerated in a state prison, and any implications thereto regarding the status of this action. See ECF Entry

////

////

dated May 20, 2013 ("Mail Returned as Undeliverable – Inmate discharged/deceased"); see also CDCR Online "Inmate Locator."

    SO ORDERED.

**Date: 5/21/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hint2590.prop.eot.