IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUARTUS LEE HINTON,

    Petitioner,        No. 2:12-cv-02590 KJM KJN P

  vs.

L.S. McEWEN,

    Respondent.      <u>ORDER</u>

_____/

        Counsel for respondent has informed the court of petitioner's death on April 15, 2013. Petitioner's death extinguishes this habeas corpus action, which may be pursued only by "a person in custody pursuant to the judgment of a State court . . . ." 28 U.S.C. § 2254(a).

        Accordingly, this is dismissed.

        SO ORDERED.

DATED: May 29, 2013

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

hint2590.death.hc.